```
STATE OF INDIANA        )        IN THE MARION SUPERIOR COURT
                        )SS:
COUNTY OF MARION        )        CAUSE NO.  49D14 10 07 CT 031778

PERFECT FLOWERS, INC., and  )
those similarly situated,   )
            Plaintiffs,     )
-vs-                        )
TELEFLORA, LLC,             )
            Defendant.      )
```

FILED

JUL 2 0 2010

Elizabeth R. White
CLERK OF THE MARION CIRCUIT COURT

## COMPLAINT FOR DAMAGES
### Class Action

Perfect Flowers, Inc. ("Perfect Flowers") by counsel, for its causes of action against Defendant Teleflora LLC ("Teleflora"), alleges the following:

### INTRODUCTION

1. This action arises under the federal Racketeer Influenced and Corrupt Organizations Act of 1970 ("RICO") 18 U.S.C. § 1964(c), Indiana's Crime Victim Compensation Statute, I.C. §§ 34-24-3-1, and Indiana common law.

### PARTIES

2. Perfect Flowers is an Indiana Corporation.

3. Teleflora is, on Plaintiff's information and belief, a Delaware Corporation with a principal place of business in California.

### FACTUAL ALLEGATIONS

4. Plaintiff, Perfect Flowers, operates a retail floral shop and does business as "Flowers by Valerie."

5. Teleflora operates a national network of retail florists, hereinafter referred to as member Florists, where through the use of telecommunications, member florists can make and complete orders and sales of floral products to retail purchasers in different locations through the

1

use of other member florists located in the destination of the order. Teleflora is the owner and operator of multiple websites for floral products, services and information including Findaflorist.com.

6. Teleflora and Perfect Flowers entered into a written contract (a copy of which is attached and marked Exhibit A pages 1-3), whereby Perfect Flowers agreed to become a member florists and Teleflora agreed to refer to Perfect Flowers orders by other member florists for delivery at 73% of the order or sale price.

7. Teleflora, as part of a separate contract with member florists, offered to set up a website for the individual member florists. Perfect Flowers declined to have Teleflora set up a website for Perfect Flowers or Flowers By Valerie.

8. Perfect Flowers owns and operates a website known as FlowersByValerie.com. Perfect Flowers receives 100% of all retail sales obtained through this website and which did not require the use of the Teleflora national network.

9. Teleflora owns and operates the website known as Findaflorist.com, which provides a directory of member florists to prospective retail purchases of floral products. This website also includes hypertext web links to the websites of several of the member florists. The operation of and inclusion of Perfect Flowers and Flowers By Valerie is not included in the contract between Teleflora and Perfect Flowers as described in paragraph 6 above.

10. Teleflora owned and operated a website which purported to be a website for Flowers By Valerie and could be accessed independently or by a hypertext link from Findaflorist.com. A copy of the screen for this website is attached and marked Exhibit B, pages 1-4.

11. Perfect Flowers never authorized Teleflora to operate a website for Perfect Flowers or Flowers By Valerie and did not discover the existence of this website until July 21, 2008.

12. If a prospective customer, while on the Findaflorist.com website, clicked onto the hypertext link for Flowers By Valerie the customer would be directed to the unauthorized website operated by Teleflora, where Perfect Flowers would receive 73% of the sale if the sale was even referred to Perfect Flowers. The prospective customer would not be directed to the authorized website for Perfect Flowers known as FlowersByValerie.com where Perfect Flowers would receive 100% of the sale.

13. Teleflora directed Internet traffic intended for Perfect Flower's "Flowersbyvalerie.com" website to the unauthorized website for Flowers By Valerie owned and operated by Teleflora.

14. On Perfect Flower's information and belief, more than one person has been directed by the hypertext link to the unauthorized website for Flowers By Valerie owned and operated by Teleflora.

15. On Perfect Flower's information and belief, more than one hypertext link was on findaflorist.com for other unauthorized websites for member florists.

16. Perfect Flowers did not authorize Teleflora to direct Internet users to an unauthorized website for Flowers By Valerie.

17. On Perfect Flower's information and belief, other retail florists did not authorize Teleflora to direct internet users away from their websites to unauthorized websites.

18. Perfect Flowers did not authorize Teleflora to collect and keep any of the funds from orders and sales obtained from the unauthorized website for Perfect Flowers and Flowers By Valerie.

19. Teleflora did not inform Perfect Flowers when someone ordered from the unauthorized website for Flowers By Valerie owned and operated by Teleflora. Hence Perfect Flowers would not receive any customer information for future advertising or other business purposes. Perfect Flowers did not authorize Teleflora to collect and keep personal information of Flowers By Valerie customers.

20. Perfect Flowers has sought an accounting from Teleflora for monies received by those using the hypertext link and the unauthorized website.

21. Teleflora has refused to provide such an accounting.

22. Teleflora's creation and operation of an unauthorized website for Flowers By Valerie and a hypertext link to the same site, from the website known as FindAFlorist.com was a scheme or artifice to defraud using wire communications in interstate commerce, all in violation of 18 U.S.C. § 1343.

## CLASS ALLEGATIONS

23. Plaintiff Class: The named Plaintiff brings this class action under Indiana Rule of Trial Procedure 23(B)(3) for damages on behalf of itself and all persons similarly situated.

24. The class that Plaintiff seeks to represent consists of all individuals and corporations who have been, are and/or will, in the future, be adversely affected by the unlawful practices of the Defendant described in this complaint.

25. The Plaintiff class (hereinafter "Class") is generally defined as:

> All floral businesses who have signed an agreement similar
> to the Contract for Membership with Teleflora signed by Perfect

29. Teleflora's operation of an unauthorized website and failure to compensate Perfect Flowers for sales obtained through the unauthorized website and in violation of the parties contract violated the common law of Indiana.

30. Teleflora's failure to compensate Perfect Flowers (and other class members) the full amount due entitles them to an order for Teleflora to repay this with prejudgment statutory interest pursuant to I.C. § 24-4.6-1-102. Teleflora also owes an indeterminate amount for customer contacts taken from Perfect Flowers (and other class members).

### Count II

31. Perfect Flowers realleges rhetorical paragraphs 1-27 as if fully set forth herein.

32. Teleflora's failure to compensate Perfect Flowers (and other class members) the full amount due when it had this in its possession constituted conversion.

33. Teleflora's failure to pay Perfect Flowers (and other class members) the full amount due when it had this in its possession entitles them to the remedies of I.C. § 34-24-3-1, being treble damages, attorney fees, all associated costs, and interest.

### Count III

### Claims For Relief

Plaintiff Perfect Flowers, Inc., by counsel, prays that this Court will

A. CERTIFY the Class as requested;

B. ENTER judgment in its favor and the Class's favor against Defendant;

C. AWARD it and the Class such relief as is determined to be just and proper, including statutory damages pursuant to I.C. § 34-24-3-1;

D. GRANT it and the Class attorney's fees and costs pursuant to I.C. § 34-24-3-1, and

E.   GRANT all such other relief as may be proper.

Respectfully Submitted,

Steven G. Poore
Attorney for Plaintiff

Christopher K. Starkey
Attorney for Plaintiff

Steven G. Poore, Attorney No. 6502-49
Christopher K. Starkey, Attorney No. 11757-49
One N. Pennsylvania Street, Suite 700
Indianapolis, Indiana 46204
Phone (317) 635-1020
Fax (317) 635-2692

7

07/07/2010  04:41   3175369238                              111                                        PAGE  01

# Contract for Membership

**🌺 Teleflora**

Shop Name: _Flowers BY Valerie_
Code Number: _25035_

PAYMENT PLAN (CHECK ONE):
☐ FULL PAYMENT WITH APPLICATION
☒ EXTENDED PAYMENT PLAN

If the Full Payment With Application Plan is selected, the application is submitted by "Applicant" to TELEFLORA ("TELEFLORA") together with a check in the sum of $449 covering (i) a non-refundable application fee of $99, (ii) a processing fee of $149, and (iii) a $200 cash membership deposit.

If the Extended Payment Plan is selected, application is submitted by "Applicant" to TELEFLORA ("TELEFLORA") together with a check in the sum of $449 covering (i) a non-refundable application fee of $99, and (ii) a processing fee of $149. Applicant then agrees to pay TELEFLORA the (iii) $200 cash membership deposit in installments of $50 per month for the first four months of the membership. A $10 installment fee for Extended Deposit Payments will appear in the first statement.

If this application is for a BRANCH SHOP MEMBERSHIP, a check in the sum of $200 covers (i) a processing fee of $100, and (ii) a $100 cash membership deposit. In the event this application is not accepted, all funds deposited shall be refunded. Upon written acceptance by TELEFLORA, signed in the space indicated below, this application will be a binding contract between TELEFLORA and Applicant according to the following terms and conditions.

1. During the term of this contract Applicant will be a member in the TELEFLORA Clearinghouse System and will have all rights and privileges resulting therefrom, including the right to use the Clearinghouse, to receive periodic copies of the Teleflora Directory ("Directory"), to have his shop listed in the Directory, to use both "TELEFLORA florist" and the TELEFLORA symbol in connection with advertisements for his flower shop, and to use the advertising materials developed by TELEFLORA. TELEFLORA shall not be responsible for any good faith mistakes occurring in Applicant's listing in the Directory.

2. TELEFLORA guarantees payment for all floral orders received by Applicant from other TELEFLORA florists in good standing provided only that Applicant reports the order to TELEFLORA on its Delivery Report Form, and the report is received within ninety (90) days from the date the order was filled. TELEFLORA shall have the right to deduct the following from the payment due to Applicant for delivered orders: (i) the commission to the sending florist, (ii) TELEFLORA's commissions, fees and usual and customary charges as set forth in the then effective Rules and Regulations of TELEFLORA ("TELEFLORA Rules"), and (iii) all other sums due TELEFLORA.

3. Applicant agrees to pay TELEFLORA, on or before the 20th day of each month, the following: (i) all monies collected as a sending florist (less selling commissions), (ii) TELEFLORA's commissions, fees and usual and customary charges as set forth in TELEFLORA's Rules, and (iii) all other sums due TELEFLORA.

4. Applicant agrees to accept, as a sending florist, the current commission as set forth in the TELEFLORA Rules.

5. Applicant agrees to abide by the TELEFLORA Rules and Rate Schedules now existing and from time to time in effect. Changes to the TELEFLORA Rules and Rate Schedules shall be published in the Directory, or mailed directly to Applicant and shall be effective on the first day of the month following publication or mailing of notice to Applicant unless indicated to the contrary.

6. TELEFLORA shall have the right to require, at any time, an additional cash membership deposit should it deem Applicant's deposit insufficient. TELEFLORA may retain all cash membership deposits, without segregating them and without paying interest, as security for the performance by Applicant of all terms, conditions, covenants and agreements contained in this contract and to be performed by Applicant and any other obligation of Applicant to TELEFLORA. Should an Applicant be delinquent in payment, TELEFLORA may require additional deposit monies. The additional deposit monies will be refunded only upon completion of one year of satisfactory credit experience. At such time, TELEFLORA agrees to reduce Applicant's cash membership deposit to $200, by crediting Applicant's TELEFLORA account with all excess membership deposit funds. If in the good faith judgment of TELEFLORA, Applicant is in breach of this contract, TELEFLORA shall have the right to credit the membership deposit or any other credits against all damages sustained by TELEFLORA as a result of such breach, without prejudice to any other remedy or remedies which TELEFLORA may have. Upon termination or cancellation of Applicant's membership, TELEFLORA shall refund the membership deposits, less amounts owed to TELEFLORA, ninety (90) days following the first issue of the Directory wherein Applicant's shop name has been deleted; provided that two years of continuous membership have been maintained prior to the effective date of cancellation or termination.

7. The term of this agreement shall be indefinite. Either party, however, has the right to terminate the agreement and Applicant's membership at any time by giving written notice to the other party. Applicant agrees, upon termination, to immediately cease using the name TELEFLORA, TELEFLORA florist, the TELEFLORA symbol, and all other words or symbols that might indicate to the public that Applicant was a member of the TELEFLORA Clearinghouse System. Termination shall not release Applicant of any liability for sums due to TELEFLORA. Any unpaid balance due TELEFLORA thereafter shall bear interest at the maximum rate of interest permitted by law in the state where TELEFLORA's principal place of business is located.

8. This membership and any of Applicant's rights hereunder are not assignable or transferable by Applicant without TELEFLORA's written consent. If Applicant admits a new partner, or incorporates his business, or if the control of the stock ownership of Applicant changes, it shall be deemed a prohibited assignment and transfer that is subject to TELEFLORA's written consent. Applicant agrees to notify TELEFLORA in writing of any proposed or actual changes in ownership of Applicant's shop or business.

9. If Applicant directly or indirectly either (i) owns, either in whole or in part, another entity that is a member of TELEFLORA, or (ii) is either partially or wholly owned by another person or entity that is a member of TELEFLORA, or (iii) is owned, either in whole or in part by another person or entity owning directly or indirectly all or any portion of one or more members of TELEFLORA, then TELEFLORA shall have the right, but not the obligation, to treat all of said persons or entities, including Applicant, as one member for the purposes of collecting any sums due TELEFLORA, and Applicant agrees to be jointly and severally liable to TELEFLORA, together with all other such persons or entities, for all sums due TELEFLORA, by such persons or entities.

10. Applicant agrees that in the event of delinquency he will pay all expenses of collection, including reasonable attorney's fees and court costs incurred by TELEFLORA. Applicant and TELEFLORA agree that this contract is entered into and its place of performance is Los Angeles, California, or the then principal home office of TELEFLORA. Applicant agrees that in the event it is

necessary for TELEFLORA to institute litigation he consents to such litigation being instituted at the option of TELEFLORA in a court located either (i) in the county where TELEFLORA's principal office is located or (ii) in the county where Applicant's place of business is located. Applicant consents to accept service of process according to the laws of the jurisdiction where suit is instituted by TELEFLORA. TELEFLORA reserves the right to claim and apply all funds and credits under its control to balances owed to TELEFLORA.

11. Applicant agrees to actively support the network of other independent TELEFLORA florists by sending and receiving floral orders through the TELEFLORA Clearinghouse System in a fair and equitable manner.

12. Nothing contained herein, the member's application, the TELEFLORA Rules or the business relationship between Applicant and TELEFLORA, shall be construed to constitute a partnership, joint venture or other association between TELEFLORA and Applicant or between TELEFLORA and any of its other members or among the various members, and Applicant has no proprietary interest in TELEFLORA.

13. Applicant represents to TELEFLORA that all of the information on the "Member's Information" form is true and correct.

14. BY SIGNING BELOW, THE UNDERSIGNED HEREBY AUTHORIZES TELEFLORA, ITS EMPLOYEES AND AGENTS, TO OBTAIN CREDIT REPORTS OF THE UNDERSIGNED FOR THE PURPOSE OF ESTABLISHING, INVESTIGATING OR MAINTAINING, A RELATIONSHIP WITH TELEFLORA AND ITS AFFILIATED COMPANIES.

THIS IS NOT A BINDING AGREEMENT UNLESS COUNTERSIGNED BY AN AUTHORIZED REPRESENTATIVE OF TELEFLORA.

Dated: _____

| PRINT APPLICANT'S NAME | SIGNATURE |
|---|---|
| PRINT APPLICANT'S NAME | SIGNATURE |
| PRINT APPLICANT'S NAME | SIGNATURE |
| PRINT APPLICANT'S NAME | SIGNATURE |

NOTE: If you checked "Corporation" in the Ownership Information section of the Teleflora Application for Membership, all Officers, Partners and Owners must sign.

## GUARANTEE

The undersigned, and each of them being the principal shareholders of Applicant, do unconditionally guarantee the full and faithful performance of Applicant to TELEFLORA and agree to be bound by terms of the Member's Agreement, as if each were personally a signer thereof. The undersigned hereby waive notice of default and dishonor and agree that TELEFLORA and Applicant may modify the terms of the Member's Agreement, grant and receive extensions of payment without modifying the terms of repayment, and otherwise change Applicant's terms of payment without releasing the undersigned from their liability. The bankruptcy or insolvency of Applicant shall not release the undersigned, and each agrees that TELEFLORA may proceed directly against the undersigned, without proceeding first against the Applicant, in the event that Applicant defaults in any of its obligations to TELEFLORA.

Dated: _____

| PRINT NAME | SIGNATURE |
|---|---|
| PRINT NAME | SIGNATURE |
| PRINT NAME | SIGNATURE |
| PRINT NAME | SIGNATURE |

## FOR OFFICE USE ONLY

### ACCEPTANCE BY TELEFLORA

TELEFLORA accepts, at Los Angeles, California, the membership of Applicant and agrees to be bound by the terms and conditions set forth above.

Dated: _____

By: _____

Printed in U.S.A. ©2000 Teleflora   CRGF0335

(Exhibit A, pg 1 of 3.)   Rev. 1/00  X041-01

07/07/2010  04:41   3175369238   111   PAGE 02

# Teleflora CreditLine® System
# Automatic Deposit Agreement


Teleflora

THIS AGREEMENT is entered into this ____ day of _July_, 20__, between _____ ("Merchant") and Teleflora LLC, a Delaware limited liability company ("Teleflora").

WHEREAS, Merchant wishes to receive payment of sums owed to Merchant by credit card issuers which are processed under the Teleflora CreditLine® Electronic Credit Card Draft Capture System Agreement ("Funds") by automatic deposit of the Funds to Merchant's account with a financial institution as designated in writing by Merchant ("Account").

NOW, THEREFORE, Merchant and Teleflora agree as follows:

1. **Deposits.** Teleflora is represented by Wells Fargo Bank, which may change from time to time in the sole discretion of Teleflora ("Bank"), to deposit into the Account the Funds, less all fees, transaction charges, discount charges and other amounts owed to Teleflora by Merchant (collectively "Fees") (i) as set forth on the Schedule of Prices, Terms, Rates and Conditions attached hereto and incorporated by this reference ("Schedule"), and (ii) under the Teleflora CreditLine® Electronic Credit Card Draft Capture System Agreement between Teleflora and Merchant ("Draft Capture Agreement"), and (iii) under the Contract for Subscription between Teleflora and Merchant ("Subscription Agreement"), and (iv) all amounts with respect to credit card transactions rejected by the credit card issuer or the Bank for any reason whatsoever, and (v) any and all other amounts owed to Teleflora by Merchant ("Net Funds"). Teleflora may change any of the terms and conditions of the Schedule at any time in its sole discretion by notice to Merchant. Merchant shall execute and deliver to the Bank and Teleflora such documents as may be required by the Bank in order for the Bank to deposit the Net Funds in the Account. Net Funds shall be deposited in the Account within 3 business days of receipt by Teleflora. Merchant shall notify Teleflora promptly in writing (but in any case not more than 30 days after receipt of the Net Funds) of any errors or questions with respect to Net Funds.

2. **Accounts.** Teleflora shall have no liability to Merchant in the event the Account designated by Merchant is closed or changed by Merchant or otherwise unavailable to receive funds for the benefit of Merchant. In such event, Merchant may designate in writing another Account to Teleflora. Merchant understands and agrees that 10 business days are required to verify the availability of the initial Account designated or any subsequent Account designated by Merchant. During each such 10 day period, Teleflora may retain all Funds and shall not be required to pay interest on the same to Merchant. If Merchant is unable to designate an Account which is available to receive funds, Net Funds shall be payable within 30 days.

3. **Insufficient Funds.** In the event the aggregate of Funds is less than the aggregate amount of Fees, Teleflora shall have no obligation to transfer any of the Funds to Merchant and Teleflora may retain any and all Funds until all Fees are deducted from the Funds. Teleflora shall not be required to pay interest on such Funds to Merchant. In addition, Teleflora shall have the right to terminate this Agreement immediately and Net Funds payable to Merchant thereafter shall be payable within 30 days.

4. **Termination.** This Agreement may be terminated by Teleflora or Merchant at any time for any reason whatsoever. This Agreement is subject to all of the terms and conditions of the Subscription Agreement and the Draft Capture Agreement. Any failure by Merchant to abide by the terms of this Agreement or the Draft Capture Agreement or the Subscription Agreement shall constitute a breach of this Agreement. In the event of such breach or default, Teleflora shall have the right to immediately terminate this Agreement, and to immediately cancel Merchant's contract for Teleflora CreditLine® System. This Agreement will automatically terminate upon termination of Merchant's contract for Teleflora CreditLine® System.

Notwithstanding any termination of this Agreement, Merchant shall remain liable to Teleflora for any amounts due hereunder or which subsequently become due hereunder, including any unpaid or as yet unaccrued amounts (which may at Teleflora's option be accelerated and charged to Merchant and offset against any Funds immediately upon termination of this Agreement).

5. **No Liability.** It is expressly recognized and acknowledged that the automatic deposit services described herein are dependent upon the ability and the agreement of the Bank to provide such services, as well as the cooperation and continued operation of various credit card issuers. Teleflora is not responsible for any present or future unavailability of the Bank's or any particular credit card issuer's services for any reason whatsoever.

Teleflora makes no representations or warranties, express or implied, with respect to this Agreement. Merchant acknowledges that the processing and transmitting of Funds may be interrupted by labor disputes, acts of God or government, fires, power failures, computer malfunctions, civil disturbances or other causes or events not within the control of Teleflora. Merchant agrees that Teleflora shall not be liable for any error or delay on the part of any Bank; nor shall Teleflora be liable for any other error or delay due to any cause other than Teleflora's own gross negligence or willful misconduct in the performance of this Agreement. Merchant agrees that all damages and other compensation due it as the result of any such gross negligence or willful misconduct by Teleflora shall not exceed an amount equal to interest on the Net Funds at the federal funds rate paid by Bank at the close of business on each day the error or delay remains uncorrected; provided, however, that if Teleflora is unable to recover all or any part of funds transferred erroneously by Bank from a transferee who has no claim to them, Teleflora shall be liable for the Merchant's actual loss not to exceed the amount of funds which the Bank is unable to recover. Notwithstanding any other provision hereof, in no event shall Teleflora or the Merchant be liable to the other, regardless of whether any claim is based on contract or tort, for any special, consequential or indirect damages, whether or not the likelihood of such damages was known to Teleflora or the Merchant. Merchant hereby indemnifies Teleflora for any damages, liabilities or expenses, including, but not limited to, attorneys' fees arising out of any third party claims against Teleflora in connection with Teleflora's performance of its obligations hereunder, unless caused by Teleflora's gross negligence or willful misconduct.

6. **General.** This Agreement shall be governed by the laws of the State of California. This Agreement shall be binding upon the respective parties hereto and their respective successors and permitted assigns. The failure of either party to enforce the terms and provisions hereof shall be deemed a waiver of future enforcement of that or any other term, and shall in no way affect the right of that party thereafter to enforce the same.

Merchant may NOT assign its rights or obligations under this Agreement to any person or entity, including, without limitation, any change, direct or indirect, in the controlling ownership of Merchant.

The parties agree that this Agreement is entered into and its place of performance is Los Angeles, California. In the event that either of the parties hereto brings an action or proceeding to enforce its rights hereunder, the prevailing party shall be entitled to recover its costs, including reasonable attorneys' fees, and in the event Teleflora institutes an action or proceeding, Merchant consents to any such action or proceeding being instituted, at Teleflora's option, in a court located either (i) in the county where Teleflora's principal office is located or (ii) where Merchant's place of business is located. Merchant consents to accept service of process according to the laws of the jurisdiction where the action or proceeding is instituted by Teleflora.

If any provision of this Agreement shall be held to be invalid, illegal, or unenforceable, the remaining provisions shall nonetheless be given full force and effect.

7. This Agreement will be effective on the later of 10 business days after designation in writing of an Account by Merchant which is available to receive Funds for the benefit of Merchant or acceptance of this Agreement by Teleflora in Los Angeles, California.

8. BY SIGNING BELOW, THE UNDERSIGNED HEREBY AUTHORIZES TELEFLORA, ITS EMPLOYEES AND AGENTS, TO OBTAIN CREDIT REPORTS OF THE UNDERSIGNED FOR THE PURPOSE OF ESTABLISHING, INVESTIGATING OR MAINTAINING A RELATIONSHIP WITH TELEFLORA AND ITS AFFILIATED COMPANIES.

(Exhibit A, p 2/3)

## AUTHORIZATION FOR AUTOMATIC DEPOSITS

I (We) hereby agree to be bound by all of the terms and conditions of the Automatic Deposit Agreement set forth above. I (We) hereby authorize Teleflora LLC, a Delaware limited liability company, to initiate credits to, and the Financial Institution below, to credit with the amounts thereof my (our) checking account indicated below, which authority is to remain in full force and effect until you have received written notification from me (or either of us) of its termination:

Financial Institution Name: _BANK ONE_

Branch: _____

Account Number: _631267192_

Address: _8751 N McKinney Rd_

City: _INDIANAPOLIS_

State/Zip: _IN  46268_

**SIGNATURES**

Perfect Flowers Inc /DBA Flowers By Valerie
(Print Name of Merchant)

By: _____
(Signature)

M. Grace Pane   Pres
(Print Name)      (Title)

By: _____
(Signature)

_____
(Print Name)      (Title)

Telephone #: 317 321 8730

Teleflora Code #: 250035

Tax ID or SS #: 02-0593626

Address: 8241 N. Michigan Rd

City: Indianapolis

State/Zip: IN 46268

Telephone #: 317.824.1111

**STAPLE VOIDED PRE-PRINTED CHECK HERE**

Please sign and return the top copy of this Agreement to Teleflora CreditLine® with a voided pre-printed check.

Printed in U.S.A. ©2000 Teleflora   CRCL4181

Rev. 10/00   TC026-NB

(Exhibit A, pg 3 of 3)

Shop from a local neighborhood florist:

**Flowers By Valerie**
8053 Madison Ave.
Indianapolis, IN 46227
(317) 889-1633 · (888) 889-8414

brought to you by
teleflora's

Go back to Find A Florist.

All prices are in US Dollars

## Flowers By Valerie

8053 Madison Ave.
Indianapolis, IN 46227

(317) 889-1633
(888) 889-8414

- Indianapolis flowers
- Flowers By Valerie online flower shop
- Same day flower delivery



### Teleflora's Summertime Splash
$49.95 Order Now



**Birthday Wishes**
$44.95 Order Now

**Brighten Your Day**
$51.95 Order Now



**Money Tree**
$39.95 Order Now

Security & Privacy · Delivery Policy · Satisfaction Guarantee · Substitution Policy · About Flowers  powered by teleflora

(Exhibit B, pg 10/4)

Shop from a local neighborhood florist:

Flowers By Valerie
8853 Madison Ave.
Indianapolis, IN 46227
(317) 889-1633 · (888) 889-8414

brought to you by
teleflora's

Go back to Find A Florist.

All prices are in US Dollars



### Teleflora's Summertime Splash

Make a summertime splash with this pop art mix of yellow, hot pink, orange and green blossoms, presented in a modern glass cube vase – and bring warm-weather fun to someone's day!

Orange roses and alstroemeria, yellow Asiatic lilies, pink Matsumoto asters, hot pink miniature gerberas and green button spray chrysanthemums – accented with oregonia and solidaster – are delivered in a Teleflora clear glass cube vase.

Approximately 9" (W) x 10" (H)
* This item is hand-arranged and delivered by a Teleflora florist.
* All prices in U.S. Dollars
* Item Number: TFWEB192

**1 | Purchase this product**

as shown $49.95

**2 | Enter recipient zip code**

Click here to look up zip codes

**3 | Add something extra and make it more special**

mylar balloon
select quantity

stuffed animal
select quantity

YOU MAY ALSO LIKE:



Calypso
$52.95



Teleflora's Modern Sunshine
$49.95

Security & Privacy · Delivery Policy · Satisfaction Guarantee · Substitution Policy · About Flowers    powered by teleflora

(Exhibit B, pg 2 of 4)

Shop from a local neighborhood florist: **Flowers By Valerie**
8053 Madison Ave.
Indianapolis, IN 46227
(317) 889-1633 · (888) 889-8414

brought to you by
teleflora's

Go back to Find A Florist.

All prices are in US Dollars

## Delivery Policy

continue shopping
review shopping cart

Orders must be received before 2:00 PM, Mon - Fri, or 12:00 Noon Sat, in the recipient's time zone to assure same-day delivery. Same day orders received after that time may be delivered the following day.

findaflorist.com and your delivering florist will do our best to accommodate deliveries at specific times of day, but we cannot guarantee it. If you have a specific delivery time you'd like to request, simply type it into the "special instructions" box during checkout.

We will do our best to accommodate deliveries at specific times of day, but we cannot guarantee it.

Time of delivery to rural route addresses, hotels, hospitals, military bases or cemeteries cannot be guaranteed.

A service fee of $11.99 will be added to each item.

Security & Privacy   *   Delivery Policy   *   Satisfaction Guarantee   *   Substitution Policy   *   About Flowers     powered by teleflora

(Exhibit B, pg 3 of 4)

Shop from a local neighborhood florist:  **Flowers By Valerie**
8053 Madison Ave.
Indianapolis, IN 46227
(317) 889-1633 · (888) 889-8414

brought to you by
teleflora's

Go back to Find A Florist.

All prices are in US Dollars

## Satisfaction Guarantee

continue shopping
review shopping cart

We guarantee satisfaction with every online flower order.

If you are not completely satisfied with your gift bouquet or its delivery, please do not hesitate to contact our flower shop at the phone number listed above.

Security & Privacy  ·  Delivery Policy  ·  Satisfaction Guarantee  |  ·  Substitution Policy  ·  About Flowers   powered by teleflora

(Exhibit B, pg 4 of 4)

MARION COUNTY CLERKS OFFICE
W122 CITY COUNTY BLDG
200 E WASHINGTON ST
INDIANAPOLIS, IN 46204-3307

**ELECTRONIC SCAN REQUIRED**

FCM

USPS FIRST-CLASS MAIL©

MARION COUNTY CLERKS OFFICE
W122 CITY COUNTY BLDG
200 E WASHINGTON ST
INDIANAPOLIS, IN 46204-3307

SHIP TO: TELEFLORA, LLC
C/O RESIDENT AGENT, CT
~~CORPORATION SUITE 1100~~
251 E OHIO ST
**INDIANAPOLIS, IN 46204-2211**

e/ USPS SIGNATURE CONFIRM

9121 1416 2783 1002 3035 87

Electronic Rate Approved #141627831

**Attention Carrier on Route #C008**

This piece is being monitored for Delivery and Scanning accuracy.

Non-Machinable Parcel

First Class Parcel
DMM 503 9.2.2

49d141007ct031778

Attention: The styrofoam cube enclosed in this envelope is being included by the sender to meet a United States Postal Service regulation.