UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PERFECT FLOWERS, INC., and those similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:10-cv-1031-SEB-TAB |
| TELEFLORA LLC, | ) ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date: ___07/20/2012_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Kristina M Diaz
ROLL LAW GROUP PC.
kdiaz@roll.com

Michael D. Moon Jr.
BARNES & THORNBURG LLP
mmoon@btlaw.com

J. P. Pecht
ROLL LAW GROUP P.C.
jpecht@roll.com

Steven G. Poore
ATTORNEY AT LAW
spoore7@comcast.net

Michael Rosiello
BARNES & THORNBURG LLP
mike.rosiello@btlaw.com

Christopher Kenneth Starkey
starkeyck@msn.com